■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUNO NESCI, Appellant. [815 NYS2d 481]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 2, 1997 (*People v Nesci*, 240 AD2d 437 [1997]), affirming a judgment of the Supreme Court, Kings County, rendered August 3, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Miller and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN QUINN, Appellant. [815 NYS2d 481]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Kahn, J.), rendered March 10, 2005, convicting him of attempted robbery in the first degree and robbery in the third degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his plea was not voluntarily and intelligently made because his counsel incorrectly advised him as to his conditional release date (*see* Correction Law § 803 [1]), is based on a matter which is dehors the record and cannot be reached on direct appeal (*cf. People v Carlaftes*, 216 AD2d 312, 313 [1995]). Miller, J.P., Ritter, Luciano, Spolzino and Dillon, JJ., concur.